# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOBLEY, | Case No. LA CV 15-4565 MMM (JCG) |
| Petitioner, | **ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE AND DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| M.E. SPEARMAN, | |
| Respondent. | |

On June 16, 2015, petitioner Timothy Hobley ("Petitioner"), a California prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition"). [Dkt. No. 1.] Notably, it is his second federal petition challenging his 2002 state court conviction and sentence for assault with a deadly weapon, battery, and criminal threats. (*See* Pet. at 2, 15, 21.) Thus, the Court finds that the Petition is an unauthorized "second or successive" petition, and summarily dismisses this action without prejudice for lack of jurisdiction. *See* 28 U.S.C. 2244(b).

By way of background, Petitioner first challenged his conviction in 2005. (*See* C.D. Cal. Case No. LA CV 05-4939-RSWL (OP), Dkt. No. 1.) That petition was denied. (*See id.*, Dkt. Nos. 25, 31, 32.) Petitioner's subsequent requests for a

1  Certificate of Appealability were denied by both this Court and the Ninth Circuit Court
2  of Appeals. (*See id.*, Dkt. Nos. 33-35, 40.)
3      Now, in the instant Petition, Petitioner challenges the *same* 2002 judgment.
4  (Pet. at 2.) However, Petitioner has failed to obtain the Ninth Circuit's authorization to
5  file a "second or successive" petition. *See* 28 U.S.C. 2244(b).
6      Accordingly, the Court must dismiss this action for lack of jurisdiction. *See id.*
7      Additionally, for the reasons stated above, the Court finds that Petitioner has not
8  shown that reasonable jurists would find it debatable whether this Court was correct in
9  its procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Court
10 thus declines to issue a certificate of appealability.
11     For the foregoing reasons, **IT IS ORDERED THAT** this action be
12 **SUMMARILY DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction,
13 pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States
14 District Courts.
15     **IT IS FURTHER ORDERED THAT** a Certificate of Appealability be
16 **DENIED**.
17     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

20 DATED: July 14, 2015                 *Margaret M. Morrow*
21                                        HON. MARGARET M. MORROW
                                       UNITED STATES DISTRICT JUDGE