JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOBLEY, | Case No. LA CV 15-4565 MMM (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.E. SPEARMAN, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: July 14, 2015

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1